# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

ALBERTO DEJESUS-CABALLERO

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-269

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**Count 1:**   On or about March 6, 2016, in Marion County, in the Southern District of Indiana, defendant, ALBERTO DEJESUS-CABALLERO, after having been previously deported and removed from the United States subsequent to an aggravated felony, was found, without the Attorney General of the United States or his successor, the Secretary of Homeland Security, having expressly given consent to the defendant's reapplying for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit.

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent Christopher D. Bryant, HSI

**Sworn to before me, and subscribed in my presence**

April 21, 2016
**Date**

at   Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Christopher D. Bryant, being first duly sworn, hereby depose and state as follows:

1.  **Background and training**: My name is Christopher D. Bryant. I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since March 2004. I am currently assigned to the HSI Resident Agent in Charge Office, Indianapolis, IN. I have a Bachelor of Arts degree from Indiana University in Bloomington, Indiana. I have previously served in the United States Army both as an enlisted soldier and as a commissioned officer. I am a graduate of the Federal Law Enforcement Training Center at Glynco, Georgia. As part of my job, I have received specialized training on techniques to detect patterns of evidence for illegal immigration.

2.  The following information is based upon my personal knowledge and information obtained from queries of law enforcement databases. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant for violations of 8 U.S.C. § 1326 (a) and (b)(2), it does not include all the facts that I have learned during the course of investigation.

3.  **Illegal reentry, 8 U.S.C. § 1326(a) and (b)(2)**: It is illegal for (a)any alien who (1) has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter (2) enters, attempts to enter, or is at any time found in, the United States. Further, (b) notwithstanding subsection (a) of this section, in the case of any alien described in such subsection (2) whose removal was subsequent to a conviction for

commission of an aggravated felony, such alien shall be fined under such title, imprisoned not more than 20 years, or both.

4. On March 6, 2016, Alberto DEJESUS-Caballero was arrested in Marion County, Indiana, on charges of Rape and Battery (Indiana Code(s) 35-42-4-1 and 35-42-2-1), by the Indianapolis Metropolitan Police Department. Upon processing him, the Indianapolis Metropolitan Police Department learned that DEJESUS-Caballero may have a previous history of arrest with the United States Department of Homeland Security, Immigration and Customs Enforcement. DEJESUS-Caballero posted bond for these charges and was released to the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement Removal Operations (DHS-ERO).

5. On April 6, 2016, Indianapolis DHS-ERO Officer Kevin Wies determined through an interview and database queries that DEJESUS-Caballero was a previously deported alien with Alien file #A078 390 563 and FBI record #429 362 JB9. DEJESUS-Caballero's FBI record was obtained by digitally rolling fingerprints into the Integrated Automated Fingerprint Identification System (IAFIS).

6. **Alien file #A078 390 563**: On April 12, 2016, I reviewed the contents of Alien file #A078 390 563. DEJESUS-Caballero was born in and is a native of Michoacán, Mexico. DEJESUS-Caballero, AKA Hiram SANCHEZ, was convicted on January 5, 1999 for attempted trafficking in heroin and attempted possession of heroin in Lucas County, Ohio. *State of Ohio v. Hiram Sanchez alias Alberto Caballero*, Case No. G-4801-CR-0199802041. DEJESUS-Caballero was sentenced to three years in the Ohio Department of Correction on each count to be served concurrently. Upon release from the Ohio Department of Correction, the former INS took custody of DEJESUS-Caballero.

Because DEJESUS-Caballero could show no lawful entry or presence in the United States and based on his felony conviction, he was removed from the United States at Chicago, Illinois, on April 15, 2001, pursuant to an Administrative Removal Order.

7.    **Interview of DEJESUS-Caballero**: On April 15, 2016, I traveled to the Clay County Jail in Brazil, Indiana, to interview DEJESUS-Caballero. He indicated and signed forms indicating that he understood his Miranda Rights, that he agreed to waive his rights, and that he would answer questions without a lawyer present. DEJESUS-Caballero stated that he was born in Mexico, Mexico on XX XX, 1975. He stated his parents are both Mexican and have no claim to status in the United States. He stated he is a citizen of Mexico and has no applications, permits, or status which would permit him to work, live or otherwise be in the United States. DEJESUS-Caballero confirmed that he was convicted in Lucas County, Ohio, of Trafficking in Heroin in 1999. He also confirms he was subsequently deported from the United States on May 15, 2001, at Chicago, Illinois, via aircraft. He claims he last crossed into the United States illegally and without inspection in the spring of 2005 near San Ysidro, California. DEJESUS-Caballero stated that he did not seek admission to the United States by applying to the Secretary of Homeland Security or Attorney General of The United States. DEJESUS-Caballero stated that he understands that it is illegal for him to be in the United States, but he only is here to work to provide money for his family.

8.    **Fingerprint match**: After the interview, I took DEJESUS-Caballero's fingerprints and took a face picture of DEJESUS-Caballero. On April 19, 2016, I took the Form I-205 from Alien file #A078 390 563, along with the fingerprints I took from DEJESUS-Caballero in Clay County to the Indiana State Police, Latent Fingerprint

Division. Latent Fingerprint Examiner Veronica Eldridge examined the two sets of fingerprints and determined them to be made by the same person.

## CONCLUSION

Based upon the foregoing, I request that this Court issue an Arrest Warrant and Criminal Complaint charging Alberto DEJESUS-Caballero with violations of 8 U.S.C. § 1326(a) and (b)(2).

Christopher D. Bryant, Special Agent
Department of Homeland Security
Immigration and Customs Enforcement
Homeland Security Investigations

Subscribed and sworn to before me this 21st day of April, 2016

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana