# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
APR 2 1 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

ALBERTO DEJESUS-CABALLERO
*Defendant*

)
)
)
)
)
)
)

Case No. 1:16-mj-269

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALBERTO DEJESUS-CABALLERO ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
**Count 1**: On or about March 6, 2016, in Marion County, in the Southern District of Indiana, defendant, ALBERTO DEJESUS-CABALLERO, after having been previously deported and removed from the United States subsequent to an aggravated felony, was found, without the Attorney General of the United States or his successor, the Secretary of Homeland Security, having expressly given consent to the defendant's reapplying for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

Date: April 21, 2016

*Issuing officer's signature*

City and state: Indianapolis, Indiana

Tim A. Baker, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4-21-16 , and the person was arrested on *(date)* 4-21-16
at *(city and state)* Indianapolis, IN

Date: 4-21-16

*Arresting officer's signature*

Christopher Bryant, Special Agent
*Printed name and title*